No. 24. HALLIBURTON OIL WELL CEMENTING CO. *v.* REILY, COLLECTOR OF REVENUE OF LOUISIANA, 373 U. S. 64;

No. 45. FLORIDA LIME & AVOCADO GROWERS, INC., ET AL. *v.* PAUL, DIRECTOR OF THE DEPARTMENT OF AGRICULTURE OF CALIFORNIA, ET AL., 373 U. S. 132, 929;

No. 229. GUTIERREZ *v.* WATERMAN STEAMSHIP CORP., 373 U. S. 206;

No. 305. WHIPPLE ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. 373 U. S. 193;

No. 877. SHOTT *v.* OHIO, 373 U. S. 240;

No. 937. ILLINOIS ET AL. *v.* UNITED STATES ET AL., 373 U. S. 378;

No. 949. FLORA CONSTRUCTION CO. *v.* GRAND JUNCTION STEEL FABRICATING CO. ET AL., 373 U. S. 240;

No. 977, Misc. STURGES *v.* CALIFORNIA ET AL., 373 U. S. 926;

No. 1024, Misc. CEPERO *v.* UNITED STATES CONGRESS ET AL., 373 U. S. 545;

No. 1227, Misc. CEPERO *v.* UNITED STATES, 373 U. S. 544; and

No. 1193, Misc. FREEMAN *v.* OREGON, 373 U. S. 919. Petitions for rehearing denied.

No. 981, October Term, 1961. McCUE ET AL. *v.* UNITED STATES, 370 U. S. 939. Motion for leave to file a petition for rehearing denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this motion.

No. 958. JIMENEZ *v.* HIXON, U. S. MARSHAL, ET AL., 373 U. S. 914. Petition for rehearing denied. MR. JUSTICE BLACK and MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 720, Misc. MORGAN *v.* UNITED STATES, 373 U. S. 917. Petition for a rehearing and for other relief denied.